Steven B. Stein – SBN 52829
**THE LAW OFFICE OF STEVEN B. STEIN**
*in association with*
Thomas E. Fraysse – SBN 104436
Samuel J. Bristol – SBN 241979
**KNOX RICKSEN LLP**
1300 Clay Street, Suite 500
Oakland, CA  94612-1427
Telephone:   (510) 285-2500
Facsimile:    (510) 285-2505

Attorneys for Plaintiffs
MARK D. LESSLER and NANCY F. LESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FLORES LESSLER and MARK D. LESSLER,<br><br>           Plaintiffs,<br><br>vs.<br><br>AVI STRUGO,<br><br>           Defendants.<br>_____ / | **DEMAND FOR JURY TRIAL**<br><br>**Case No. C07-04409 EDL** |

Plaintiffs, NANCY FLORES LESSLER and MARK D. LESSLER, demand a jury trial against defendant AVI STRUGO.

Dated: August 29, 2005

KNOX RICKSEN LLP

By: _____
STEVEN B. STEIN
Attorneys for Plaintiffs
NANCY F. LESSLER and
MARK D. LESSLER

Demand for Jury Trial – Case No. C07-04409 EDL

1