Steven B. Stein – SBN 52829
**THE LAW OFFICE OF STEVEN B. STEIN**
*in association with*
Thomas E. Fraysse – SBN 104436
Samuel J. Bristol – SBN 241979
**KNOX RICKSEN LLP**
1300 Clay Street, Suite 500
Oakland, CA  94612-1427
Telephone:   (510) 285-2500
Facsimile:    (510) 285-2505

Attorneys for Plaintiffs
MARK D. LESSLER and NANCY F. LESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FLORES LESSLER and MARK D. LESSLER,<br><br>            Plaintiffs,<br><br>vs.<br><br>AVI STRUGO,<br><br>            Defendants.<br>_____ / | **Case No. C07-04409 EDL**<br><br>**PROOF OF SERVICE – DEMAND FOR JURY TRIAL**<br><br><br>Action Filed:  August 27, 2007<br>Trial Date:  None |

1

PROOF OF SERVICE – DEMAND FOR JURY TRIAL

Re: **Lessler v. Strugo**
    **United States District Court Northern District Case No. C07-04409 EDL**
    KR File #:  GEN-60194

## PROOF OF SERVICE

I hereby declare under penalty of perjury that I am a citizen of the United States, and over the age of 18 years, and not a party to the within action; my business address is 1300 Clay Street, Suite 500, Oakland, California 94612-1427.  On this date I served: **DEMAND FOR JURY TRIAL**, in said action as follows:

**Avi Strugo**
**65 N. Newport Drive**
**Napa, California 94559**

  X   BY MAIL - - I placed each such envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Oakland, California, following ordinary business practices.  I am readily familiar with the practice of KNOX RICKSEN LLP for processing correspondence, said practice being that in the ordinary course of business correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

___   BY PERSONAL SERVICE - - I caused each such envelope to be delivered by hand to the address noted above.

___   BY FEDERAL EXPRESS - - I placed each such Federal Express envelope in a Federal Express drop-off station at Oakland, California.

___   BY FACSIMILE - - I caused the said documents to be transmitted by facsimile machine to the numbers indicated after the address noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 4, 2007, at Oakland, California.

                                                                    /s/ Kim Scott

PROOF OF SERVICE – DEMAND FOR JURY TRIAL