Steven B. Stein – SBN 52829
**THE LAW OFFICE OF STEVEN B. STEIN**
*in association with*
Thomas E. Fraysse – SBN 104436
Samuel J. Bristol – SBN 241979
**KNOX RICKSEN LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiffs
MARK D. LESSLER and NANCY F. LESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FLORES LESSLER and MARK D. LESSLER,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>AVI STRUGO,<br><br>　　　　　　Defendants.<br>_____/ | Case No. C07-04409 EDL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFFS NANCY FLORES LESSLER AND MARK D. LESSLER** |

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 13, 2007

　　　　　　　　　　　　　　　　　　　　　KNOX RICKSEN LLP

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　SAMUEL J. BRISTOL
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　NANCY F. LESSLER and
　　　　　　　　　　　　　　　　　　　　　MARK D. LESSLER