```
 1  J. Douglas Durham, SBN 153476
    BULLIVANT HOUSER BAILEY PC
 2  1415 L Street, Suite 1000
    Sacramento, California 95814
 3  Telephone:   (916) 930-2500
    Facsimile:   (916) 930-2501
 4  E-mail: doug.durham@bullivant.com

 5  Attorneys for Defendant,
    AVI STRUGO
 6
 7
 8                UNITED STATES DISTRICT COURT
 9                NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
```

| | |
|---|---|
| NANCY FLORES LESSLER and MARK D. LESSLER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>AVI STRUGO,<br><br>　　　　　Defendant. | Case No.: C07-04409<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b), each of the undersigned certifies that he or she has:

(1)　Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court' ADR Internet site http://www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2)　Discussed the available dispute resolution options provided by the Court and private entities; and

(3)　Considered whether this case might benefit from any of the available dispute resolution options.

///
///
///

---

- 1 -
ADR CERTIFICATION BY PARTIES AND COUNSEL

1
2  DATED: November 28, 2007
3                                                    _____
                                                     Avi Strugo, Party
4
5  DATED: November 29, 2007
6                                                    _____
                                                     J. Douglas Durham
7                                                    Attorneys for Defendant,
                                                     AVI STRUGO
8  4270539.1
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

*Nancy Flores Lessler, et al. v. Avi Strugo*;
USDC, Northern District, San Francisco Division, Case No. 2:05-C07-04409

    I am a citizen of the United States and am employed in Sacramento County, where this mailing occurs. My business address is 1415 L Street, Suite 1000, Sacramento, California 95814. I am over the age of 18 years and not a party to the within cause.

    On **November 29, 2007**, following ordinary business practice, I served the foregoing document(s) described as:

- **ADR CERTIFICATION BY PARTIES AND COUNSEL**

in the following manner, by placing a true copy/true copies thereof in a sealed envelope/sealed envelopes, addressed as follows:

Steven B. Stein
The Law Office of Steven B. Stein
*In association with:*
Thomas E. Fraysse
Samuel J. Bristol
Knox Ricksen LLP
1300 Clay Street, Suite 500
Oakland, CA  94612-1427
Tel:     (510) 285-2500
Fax:     (510) 285-3505
[*Attorneys for Plaintiffs Nancy Flores Lessler and Mark D. Lessler*]

____    (BY MAIL) I caused such envelope(s) with First Class postage thereon fully prepaid to be placed in the U.S. Mail in Sacramento, California. I am readily familiar with my employer's normal business practice for collection and processing of correspondence and other material for mailing with the United States Postal Service, and that practice is that said material is deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business.

____    (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered by an authorized attorney messenger service, this date to the offices of the addressee(s).

____    (BY FEDERAL EXPRESS) I caused such envelope(s) to be delivered in a sealed Federal Express package, delivery fees for which are billed to this firm's account, to a Federal Express office for next-morning delivery. I am readily familiar with the business practices of my employer for the collection and processing of correspondence for mailing with Federal Express delivery service.

____    (BY FACSIMILE) I personally transmitted the aforementioned document, via facsimile machine, to each of the above listed parties' FAX numbers between the hours of 9:00 a.m. and 5:00 p.m. on _____ and received verification thereafter of each complete transmission.

XXX    (BY EMAIL – ESERVICE) I caused to be served upon each party either via (1) their above email address; (2) through Lexis-Nexis Serve and File, or (3) through the court's electronic court filing system.

[ X ]    (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

EXECUTED on November 29, 2007, at Sacramento, California.

*/s/ Margie Francis*
MARGIE FRANCIS

**PROOF OF SERVICE**