In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: December 4, 2007

Case No:  **C- 07-04409 EDL**

Case Name:  **NANCY FLORES LESSLER v. AVI STRUGO**

    Attorneys:     Pltf: Thomas Fraysse        Deft: Douglas Durham

    Deputy Clerk:  Lili M. Harrell              FTR digital recording: 10:19am - 10:31am


**PROCEEDINGS:**                                        **RULING:**

1. Initial Case Management Conference              Held

2.

**ORDERED AFTER HEARING:** Court vacates the appointment of mediator Harvey Whittenberg as parties stipulate to Eric Danoff. Mediation shall be completed by 3/11/08.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 5/6/08 at 9:00 a.m. for further case management conference/motion hearing.

**PRETRIAL SCHEDULE:**
Last day to add new parties: 1/4/08
Discovery cutoff: 5/30/08
Initial expert disclosure deadline: 7/8/08
Rebuttal expert disclosure deadline: 7/22/08
Expert discovery cutoff: 8/13/08
Dispositive Motion filing deadline: 7/1/08
Dispositive Motions hearing date: 8/5/08 at 9:00am
Pretrial Conference: 10/14/08
Trial: 11/3/08  at 8:30 a.m., set for 5 days.
    [X] Jury*  [ ]  Court

Notes:  Defendant shall file its motion regarding the jury issue no later than April 1, 2008, set for hearing 5/6/08 at 9:00am.


cc: ADR