ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

December 7, 2007

Samuel Justin Bristol
Thomas E. Fraysse
Knox Ricksen LLP
1300 Clay Street, Suite 500
Oakland, CA 94612
510-285-2520

J. Douglas Durham
Bullivant Houser Baily PC
1415 L Street, Suite 1000
Sacramento, CA 95814
916-930-2500

Steven Bruce Stein
Law Offices of Steven B. Stein
44 Montgomery St., 36th Floor
San Francisco, CA 94104
415-646-7171

       Re:    Lessler v. Strugo
              Case No. C 07-04409 EDL MED

Dear Counsel:

     The ADR Program would like to convene a conference call to discuss the Mediation referral. We would like to schedule this for **Wednesday, December 12, 2007 at 10:00 a.m.** Plaintiff's counsel should initiate the call to all participants then call the ADR Unit's Phone Conference line 415-522-4603. If you are unavailable at this time/date, please contact the other counsel and provide me with three alternate times everyone is available during the same week.

     Thank you for your attention to this matter.

                                            Sincerely,

                                            Claudia M. Forehand
                                            ADR Case Administrator

/cmf