Steven B. Stein – SBN 52829
**THE LAW OFFICE OF STEVEN B. STEIN**
*in association with*
Thomas E. Fraysse – SBN 104436
Rebecca E. Moore – SBN 193951
Samuel J. Bristol – SBN 241979
**KNOX RICKSEN LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiffs
MARK D. LESSLER and NANCY F. LESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FLORES LESSLER and MARK D. LESSLER,<br><br>Plaintiffs,<br><br>vs.<br><br>AVI STRUGO,<br><br>Defendants.<br>_____/ | Case No. 07 04409 EDL<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE AND (Proposed) ORDER THEREON** |

    Due to conflicts with the schedules of counsel and the parties' agreed-upon mediator Eric Danoff, Esq., the parties in the above-entitled action have conferred and agreed that a continuance of the mediation deadline to **March 31, 2008** is desirable and appropriate to facilitate a negotiated resolution of this action.

    Wherefore, the parties, through their counsel of record, hereby agree and stipulate to extending the mediation date in this matter from March 11, 2008 to March 31, 2008, and do hereby jointly request the court to enter the proposed order so extending the mediation deadline.

///

///

1
STIPULATION TO CONTINUE MEDIATION DEADLINE AND (Proposed) ORDER THEREON

1  Dated: December ___, 2007                    KNOX RICKSEN LLP

2                                               By: _____
                                                    SAMUEL J. BRISTOL
3                                                   Attorneys for Plaintiffs
                                                    NANCY and MARK LESSLER
4

5  Dated: December 10, 2007                     BULLIVANT HOUSER BAILEY PC

6                                               By: _____
7                                                   J. DOUGLAS DURHAM
                                                    Attorneys for Defendant
8                                                   AVI STRUGO

9

10                              **ORDER ON STIPULATION**

11

12     GOOD CAUSE APPEARING, the mediation deadline is continued to March 31, 2008.

13

14  Dated: _____, 2007                   By: _____
                                                    ELIZABETH D. LAPORTE
15                                                  Magistrate Judge of the United States District
                                                    Court for the Northern District of California
16