Steven B. Stein – SBN 52829
**THE LAW OFFICE OF STEVEN B. STEIN**
*in association with*
Thomas E. Fraysse – SBN 104436
Rebecca E. Moore – SBN 193951
Samuel J. Bristol – SBN 241979
**KNOX RICKSEN LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiffs
MARK D. LESSLER and NANCY F. LESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FLORES LESSLER and MARK D. LESSLER,<br><br>Plaintiffs,<br><br>vs.<br><br>AVI STRUGO,<br><br>Defendants.<br>_____/ | Case No. 07 04409 EDL<br><br>STIPULATION TO CONTINUE MEDIATION DEADLINE AND (Proposed) ORDER THEREON |

Due to conflicts with the schedules of counsel and the parties' agreed-upon mediator Eric Danoff, Esq., the parties in the above-entitled action have conferred and agreed that a continuance of the mediation deadline to **March 31, 2008** is desirable and appropriate to facilitate a negotiated resolution of this action.

Wherefore, the parties, through their counsel of record, hereby agree and stipulate to extending the mediation date in this matter from March 11, 2008 to March 31, 2008, and do hereby jointly request the court to enter the proposed order so extending the mediation deadline.

///

///

1
STIPULATION TO CONTINUE MEDIATION DEADLINE AND (Proposed) ORDER THEREON

Dated: December ___, 2007

KNOX RICKSEN LLP

By: _____
SAMUEL J. BRISTOL
Attorneys for Plaintiffs
NANCY and MARK LESSLER

Dated: December 10, 2007

BULLIVANT HOUSER BAILEY PC

By: _____
J. DOUGLAS DURHAM
Attorneys for Defendant
AVI STRUGO

### ORDER ON STIPULATION

GOOD CAUSE APPEARING, the mediation deadline is continued to March 31, 2008.

Dated: December 11, 2007

By: _____
ELIZABETH D. LAPORTE
Magistrate Judge, United States District
Court for the Northern District of California

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

2
STIPULATION TO CONTINUE MEDIATION DEADLINE AND (Proposed) ORDER THEREON