Steven B. Stein, Esq. (SB#52829)
LAW OFFICE OF STEVEN B. STEIN
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel:   (415) 646-7171
Fax:   (415) 981-1095

Attorneys for Plaintiffs NANCY FLORES
LESSLER AND MARK D. LESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY FLORES LESSLER and MARK D. LESSLER,<br><br>Plaintiffs,<br><br>vs.<br><br>AVI STRUGO,<br><br>Defendant. | Case No.: C07-04409<br><br>STIPULATION AND ORDER OF DISMISSAL |

The parties to the above-captioned case, by their attorneys and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that the claims of Plaintiffs Nancy Flores Lessler and Mark D. Lessler against Defendant Avi Strugo are hereby dismissed WITH PREJUDICE.

Each party to bear its own costs and attorneys' fees.

~~This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.~~

DATED: April 4, 2008

LAW OFFICE OF STEVEN B. STEIN

By /s/ _____
Steven B. Stein
Attorneys for Plaintiffs NANCY FLORES
LESSLER AND MARK D. LESSLER

- 1 -
STIPULATION AND ORDER OF DISMISSAL

1  DATED: April 21, 2008

                                                BULLIVANT HOUSER BAILEY PC

                                                By _____
                                                    J. Douglas Durham
                                                 Attorneys for Defendant,
                                                 AVI STRUGO

**IT IS SO ORDERED.**

DATED: April 28, 2008

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Elizabeth D. Laporte — Judge Elizabeth D. Laporte]*

UNITED STATES DISTRICT COURT JUDGE
                        MAGISTRATE

10492347.1

-2-
**STIPULATION AND ORDER OF DISMISSAL**

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

*Nancy Flores Lessler, et al. v. Avi Strugo*;
USDC, Northern District, San Francisco Division, Case No. 2:05-C07-04409

I am a citizen of the United States and am employed in Sacramento County, where this mailing occurs. My business address is 1415 L Street, Suite 1000, Sacramento, California 95814. I am over the age of 18 years and not a party to the within cause.

On **April 21, 2008**, following ordinary business practice, I served the foregoing document(s) described as:

- **STIPULATION AND ORDER OF DISMISSAL**

in the following manner, by placing a true copy/true copies thereof in a sealed envelope/sealed envelopes, addressed as follows:

| | |
|---|---|
| Thomas E. Fraysse<br>Samuel J. Bristol<br>Knox Ricksen LLP<br>1300 Clay Street, Suite 500<br>Oakland, CA 94612-1427<br>Tel: (510) 285-2500<br>Fax: (510) 285-3505<br>*[Attorneys for Plaintiffs Nancy Flores Lessler and Mark D. Lessler]* | Steven B. Stein<br>Levin Simes Kaiser & Gornick<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Tel: (415) 646-7171<br>Fax: (415) 981-1095<br>*[Co-Counsel for Plaintiffs Nancy Flores Lessler and Mark D. Lessler]* |

____ **(BY MAIL)** I caused such envelope(s) with First Class postage thereon fully prepaid to be placed in the U.S. Mail in Sacramento, California. I am readily familiar with my employer's normal business practice for collection and processing of correspondence and other material for mailing with the United States Postal Service, and that practice is that said material is deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business.

____ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be hand-delivered by an authorized attorney messenger service, this date to the offices of the addressee(s).

____ **(BY FEDERAL EXPRESS)** I caused such envelope(s) to be delivered in a sealed Federal Express package, delivery fees for which are billed to this firm's account, to a Federal Express office for next-morning delivery. I am readily familiar with the business practices of my employer for the collection and processing of correspondence for mailing with Federal Express delivery service.

____ **(BY FACSIMILE)** I personally transmitted the aforementioned document, via facsimile machine, to each of the above listed parties' FAX numbers between the hours of 9:00 a.m. and 5:00 p.m. on _____ and received verification thereafter of each complete transmission.

**XXX** **(BY EMAIL – ESERVICE)** I caused to be served upon each party either via (1) their above email address; (2) through Lexis-Nexis Serve and File, or (3) through the court's electronic court filing system.

**[ X ]** **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

EXECUTED on April 21, 2008, at Sacramento, California.

*/s/ Margie Francis*
MARGIE FRANCIS

PROOF OF SERVICE